IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| RUDOLPH SHAWN GAGUSKI, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : 2:12-CV-0198-RWS |
| RONALD NEWTON, *et al.*, | : |
| Defendants. | : |

## ORDER

This case is before the Court for consideration of the Report and Recommendation [23] of Magistrate Judge J. Clay Fuller. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Plaintiff's Motions for Default Judgment [7 and 10] are **DENIED** and Plaintiff's Motion to Amend His Complaint [12] is **DENIED, WITHOUT PREJUDICE.**

**SO ORDERED**, this   10th   day of April, 2013.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)